IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY, CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:20-CV-1188-KJM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff has filed a notice of voluntary dismissal. See ECF No. 3. Because no answer or motion for summary judgment has been filed, leave of court is not required and the action is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

　　　　IT IS SO ORDERED.


Dated: February 9, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1